**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM MEYERS,

    Petitioner,                                          Civil No. 2:10-CV-12003
                                                                HON. LAWRENCE P. ZATKOFF

v.

MARY BERGHUIS,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Lawrence P. Zatkoff, United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on June 17, 2010.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Port Huron, Michigan, this 17th , day of June, 2010.

                                                             DAVID J. WEAVER
                                                             CLERK OF THE COURT

                                          BY:   S/Marie E. Verlinde
                                                        Marie E. Verlinde
                                                         Case Manager

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE